UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR MUNOZ CORTEZ, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JEFFREY LYNN JOHNSON; ROOF GUARD ) <br> ROOFING COMPANY, INC.; and ROOF ) <br> GUARD COMPANY, INC., ) <br> ) <br> Defendants. ) <br> ) | Case No.:10-CV-03479-LHK <br><br> ORDER REFERRING CASE FOR REASSIGNMENT TO MAGISTRATE JUDGE |

On November 17, 2010, the parties in this action submitted a joint case management statement stating that all parties consent to proceed for all purposes before a Magistrate Judge. Dkt. No. 11.  Accordingly, the Clerk shall reassign this matter to a United States Magistrate Judge for all purposes.

The case management conference set for November 24, 2010 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 19, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-03479-LHK
ORDER REFERRING CASE FOR REASSIGNMENT TO MAGISTRATE JUDGE