\*\* E-filed March 25, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR MUNOZ CORTEZ,<br><br>    Plaintiff,<br>  v.<br><br>JEFFREY LYNN JOHNSON, et al.,<br><br>    Defendants. | No. C10-03479 HRL<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 13]** |

Based upon the parties' statement in their Joint Case Management Statement (Docket No. 11 at 4), this case was reassigned to this Court for all purposes including trial. Docket Nos. 12, 13. Nevertheless, all parties shall, **no later than April 5, 2011**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. See N.D. Cal. Civ. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

In addition, an initial case management conference is set for **April 19, 2011 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. The parties shall file an updated Joint Case Management Statement no later than **April 12, 2011**.

**IT IS SO ORDERED.**

Dated: March 25, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-03479 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Bruce Charles Piontkowski | bpiontkowski@tingleyllp.com, lthomas@tingleyllp.com |
| James Dal Bon | jdblaw@earthlink.net, jl.jdblaw@earthlink.net, margainlaw@hotmail.com |
| Tomas Eduardo Margain | margainlaw@hotmail.com, jl.jdblaw@earthlink.net, vsoto.dbm@gmail.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**