1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR MUNOZ CORTEZ, | Case No.:10-CV-03479-LHK |
| Plaintiff, | |
| v. | ORDER REQUIRING SUBMISSION OF JOINT CASE MANAGEMENT STATEMENT |
| JEFFREY LYNN JOHNSON; ROOF GUARD ROOFING COMPANY, INC.; and ROOF GUARD COMPANY, INC., | |
| Defendants. | |

This case was filed on August 9, 2010, and was set for an initial Case Management Conference before the undersigned Judge on November 24, 2010. On November 17, 2010, the parties submitted a joint case management statement stating that all parties consented to proceed for all purposes before a Magistrate Judge. Dkt. No. 11. Accordingly, the case was reassigned to Magistrate Judge Lloyd on November 19, 2010. On March 25, 2010, Judge Lloyd set a Case Management Conference and ordered that the parties file a statement either consenting or declining to proceed before him by April 5, 2011. On April 4, 2011, the Plaintiff filed a statement consenting to proceed before Judge Lloyd, but the Defendants filed a statement declining to proceed before him.

The Court wishes to set a case schedule as soon as possible to prohibit any further delay. Accordingly, the Court orders that the parties submit a Joint Case Management Statement by April

Case No.: 10-CV-03479-LHK
ORDER SETTING CASE MANAGEMENT CONFERENCE

15, 2011, setting forth a proposed case schedule through trial. The Court will issue a Case Management Order setting a schedule based on this submission.

The Court hereby sets a Case Management Conference for August 3, 2011 at 2 pm.

**IT IS SO ORDERED.**

Dated: April 7, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-03479-LHK
ORDER SETTING CASE MANAGEMENT CONFERENCE