UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSCAR MUNOZ CORTEZ,<br><br>    Plaintiff,<br>v.<br><br>JEFFREY LYNN JOHNSON; ROOF GUARD ROOFING COMPANY, INC.; and ROOF GUARD COMPANY, INC.,<br><br>    Defendants. | Case No.:10-CV-03479-LHK<br><br>ORDER TO SHOW CAUSE |

This case was filed on August 9, 2010. The Court held a case management conference on June 8, 2011. At the case management conference, Plaintiff's counsel represented that his client has refused to communicate with him since December, 2010. Counsel for both parties indicated that the cell phone number they had for Plaintiff has been disconnected, and that Plaintiff has failed to respond to communications sent to his last known address (1918 Alum Rock Ave., Apt. 207, San Jose, CA 95116).

Accordingly, the Court sets a hearing on an Order to Show Cause why this case should not be dismissed for failure to prosecute on June 30, 2011 at 1:30 p.m. Plaintiff must appear at this hearing in person, or the case will be dismissed for failure to prosecute.

In addition, Plaintiff's counsel will move to withdraw from representing Plaintiff in this matter on June 13, 2011. Plaintiff must submit any opposition to this motion by June 27, 2011.

Case No.: 10-CV-03479-LHK
ORDER TO SHOW CAUSE

1
2   Plaintiff's counsel's reply is due June 28, 2011.  The Motion to Withdraw as Counsel will be heard
3   at the same time as the Order to Show Cause (on June 30, 2011 at 1:30 p.m.).
4   **IT IS SO ORDERED.**
5   Dated: June 8, 2011
                                          _____
                                          LUCY H. KOH
6                                         United States District Judge